NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUCE N. SAFFRAN, M.D., PH.D.,**
*Plaintiff-Appellee,*

v.

**JOHNSON & JOHNSON** AND
**CORDIS CORPORATION,**
*Defendants-Appellants.*

---

2012-1043

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0451, Judge T. John Ward.

---

**ON MOTION**

---

**ORDER**

Johnson & Johnson and Cordis Corporation move for a 60-day extension of time, until August 14, 2012, to file their reply brief. Bruce N. Saffran, M.D., Ph.D. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**JUN 0 8 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David C. Frederick, Esq.
    Eugene M. Gelernter, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 8 2012**

**JAN HORBALY**
**CLERK**